UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOSE FIGUEROA,

        Plaintiff,

    -against-

HASAKI RESTAURANT, INC.
and SHUJI YAGI,

        Defendants.
---------------------------------------------------------X

17 Civ. 6521 (RWS)(JLC)

**STIPULATION OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/18

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on August 28, 2017, Plaintiff filed a Complaint alleging violations of Title III of the Americans with Disabilities Act ("Title III" of the "ADA"), the New York City Human Rights Law ("NYCHRL"), and the New York State Human Rights Law ("NYSHRL");

**WHEREAS,** Defendants expressly deny violation of any federal, state, or local law, including the ADA, NYCHRL, and NYSHRL, and any other wrongdoing or liability whatsoever;

**WHEREAS,** the barrier removal and modifications sought by Plaintiff in his Complaint are not "readily achievable" or easily accomplishable within the meaning of 42 U.S.C. § 12181(9) and barrier removal compliant with the provisions of the ADA's 2010 Standards for Accessible Design and the accessibility provisions of the 2014 NYC Building Code is technically infeasible, as defined in §106.5 of the 2010 ADA Standards for Accessible Design; and

**WHEREAS,** the Parties reached a settlement of this action and have entered into a Settlement Agreement formally memorializing the Parties' settlement;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: New York, New York
8 ~~July~~ 6, 2018

FINKELSTEIN LAW GROUP, PLLC
*Attorneys for Plaintiff*

By: _____
Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, NY 11791
finkelsteinlawgroup@gmail.com
Tel.: (718) 261-4900

PECHMAN LAW GROUP PLLC
*Attorneys for Defendants*

By: _____
Louis Pechman, Esq.
Laura Rodriguez, Esq.
488 Madison Avenue, 17th Floor
New York, NY 10022
pechman@pechmanlaw.com
rodriguez@pechmanlaw.com
Tel.: (212) 583-9500

SO ORDERED.

_____
Sweet
8.8.18

11